

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00350-CV

_____

IN THE INTEREST OF D.B. AND G.B., CHILDREN

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 18-10967-16

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

On September 25, 2023, we received a document from Appellant T.B. (Mother) entitled "Notice of Appeal Pursuant to Provisions of §[ ]201.015, Texas Family Code." *See* Tex. Fam. Code Ann. § 201.015 (authorizing de novo hearing before the referring court of certain rulings made by an associate judge). On September 27, 2023, we sent the parties a letter informing them that we had received a copy of Mother's notice of appeal in this case but that it appeared that the notice of appeal was premature because the trial court judge had not signed an order. *See* Tex. R. App. P. 26.1(a), 27.1(a). We allowed the parties a reasonable time to correct the defect in the record, giving them until October 17, 2023, to furnish us with a signed copy of the order that Mother seeks to appeal. *See* Tex. R. App. P. 44.3, 44.4(a)(2). We stated that if no order was signed and furnished to us by that date, then this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

The deadline has passed, and we have not received a signed copy of a final judgment or appealable order. We thus dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001) (holding that, generally, appeals may be taken only from final judgments or interlocutory orders authorized by statute).

/s/ Dana Womack

Dana Womack
Justice

Delivered:  November 30, 2023